U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 0 8 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

P L E A (With Counsel)

CRIMINAL NO. 1:16-CR-171

I, Deanna M. Roberts, defendant, having received a copy of the within Indictment, and having been arraigned plead Not Guilty thereto to counts 1, 2, 3, 4, 5, 6, 7, and 8 thereof.

In Open Court this 8th day of June, 2016.

_____
SIGNATURE (Defense Attorney)

_____
SIGNATURE (Defendant)
Deanna M. Roberts

INFORMATION BELOW MUST BE TYPED OR PRINTED

Phone: _____
Bar Number: __141751__

_____

_____

Phone: _____

Filed in Open Court by:

_____
(Signature)

_____
Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12