U.S. Department of Justice
United States Attorney
Northern District of Georgia

**P L E A (With Counsel)**

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAR 1 3 2017

JAMES N. HATTEN, Clerk
By: /s/ JBeck  Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

CRIMINAL NO. 1:16-CR-171-ODE

I, Deanna Roberts, defendant, having received a copy of the within Indictment, and having been previously arraigned plead GUILTY thereto to count(s) 1 through 8 thereof.

In Open Court this 13th day of March, 2017.

_____
SIGNATURE (Attorney for Defendant)
COLIN GARRETT

_____
SIGNATURE (Defendant)
DEANNA ROBERTS

INFORMATION BELOW MUST BE TYPED OR PRINTED

COLIN GARRETT
NAME (Attorney for Defendant)

Centennial Tower, Suite 1500
101 Marietta Street
STREET

Atlanta, GA 30303
CITY & STATE    ZIP CODE

PHONE NUMBER _____

STATE BAR OF GEORGIA NUMBER  141751

DEANNA ROBERTS
NAME (Defendant)

_____
STREET

_____
CITY & STATE    ZIP CODE

PHONE NUMBER _____

Filed in Open Court

_____

By _____

(Rev. 7/12/82)
N.D. Ga. 11/2/93