IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| United States of America, | |
| versus | Criminal Action Number<br>1:16-CR-171-ODE |
| Deanna Roberts. | |

**Defense Sentencing Memo – Exhibit 1 (video disk)**